John Pfeiffer, Respondent, v. New York Ophthalmic and Aural Institute and Jackson M. Mills, Appellants.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.